IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON SANTORO, *et al.*,

    Plaintiffs

  vs.

WARDEN KATHY LANE, *et al.*,

    Defendants

CIVIL NO. 1:CV-17-0390

(Judge Caldwell)

## *O R D E R*

And now, this 11th day of July, 2017, upon consideration of Jason Santoro's Notice of Voluntary Dismissal (ECF No. 17), it is ORDERED that:

    1. Jason Santoro's Notice (ECF No. 17) shall be construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

    2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A) Jason Santoro's motion to voluntarily dismiss his action is GRANTED.

    3. The Clerk of Court shall close this file.

                           /s/ William W. Caldwell
                            William W. Caldwell
                            United States District Judge